**Order entered December 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01539-CR

**DEVANTE JEROME FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-31115-R**

## ORDER

On July 6, 2016, seven volumes of reporter's record were filed in this appeal. Volume 4, however, was from another appeal involving trial court cause number F14-57284. On December 19, 2016, the correct volume 4 was filed in this case. We **STRIKE** the volume 4 of the reporter's record filed on July 6, 2016, bearing the trial court number F14-57284. This case is at issue and will be set for submission in due course.


/s/      ADA BROWN
         JUSTICE